IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ARTEAGALUNA LEOPOLDO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. |
| v. | : | 5:24-CV-392 (CAR) (CHW) |
| | : | |
| OFFICER POPE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER ON RECOMMENDATION OF THE
### UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Order and Recommendation [Doc. 4] that the Court dismiss without prejudice Plaintiff Arteagaluna Leopoldo's deliberate indifference to safety claims against Officer Pope and Officer Brisco. Plaintiff has filed an Objection to the Recommendation. In the Objection, Plaintiff appears to misinterpret the Order and Recommendation as a "motion for immunity" by Defendants[1] and essentially restates arguments that have been thoroughly and completely addressed in the Recommendation. The Court agrees with the Magistrate Judge's finding that Plaintiff's "allegations suggest behavior that may be negligent, but such behavior does not rise to the level of deliberate indifference necessary to state a

---

[1] Defendants have filed no such motion.

1

constitutional claim for relief."[2] The Court also agrees with the Magistrate Judge's recommendation that Plaintiff's claims against Defendants be dismissed without prejudice. This Court has made a *de novo* determination of the portions of the Order and Recommendation to which Plaintiff objects. Having done so, the Court finds the Objection to be without merit. Accordingly, the Magistrate Judge's Order and Recommendation [Doc. 4] is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. For the reasons stated by the United States Magistrate Judge, this case is **DISMISSED without prejudice**. Further, Plaintiff's Motion for Proper Service [Doc. 8] is **DENIED as moot**.

    **SO ORDERED** this 22nd day of April, 2025.

                                        S/ C. Ashley Royal_____
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

---

[2] Order and Recommendation [Doc. 4 at 6].