IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ARTEAGALUNA LEOPOLDO,                          *

                Plaintiff,               *

v.                                                                   Case No.  5:24-cv-00392-CAR-CHW

                                               *

Officer Pope et al. ,

                                               *

                Defendants.

_____                        *

**J U D G M E N T**

Pursuant to this Court's Order dated 4/22/2025, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of April, 2025.

                         David W. Bunt, Clerk


                         s/ Erin Pettigrew, Deputy Clerk